Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00813-CV

**IN RE** Michael T. **BECKER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  November 23, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On November 14, 2011, relator filed a petition for writ of mandamus and a motion for emergency stay and request for temporary relief. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay and request for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2002-CI-02039, styled *In the Interest of K.T.B., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding. However, the rulings complained of were made by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.